JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BLAKE WILLIAMS, KYLE MIKOWSKI, CITY OF MURRIETA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO: 5:17-cv-00882-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**JUDGMENT ON JURY VERDICT** |

A trial on this action commenced on April 16, 2019 in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division. Plaintiff Kirk Lopez was represented by Marty Miller, Esq. Defendants City of Murrieta, Blake Williams and Kyle Mikowski were represented by Allen Christiansen, Esq. of Ferguson, Praet & Sherman, APC.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict on April 19, 2019 as follows:

### QUESTION #1

Did Plaintiff prove, by a preponderance of the evidence, that either of the individual Defendants used unreasonable force against Kirk Lopez?

    Blake Williams    YES \_\_\_\_\_   NO \_\_X\_\_
    Kyle Mikowski    YES \_\_\_\_\_   NO \_\_X\_\_

On August 10, 2018, prior to the commencement of trial, Defendants served upon Plaintiff, pursuant to Rule 68 of the Federal Rules of Civil Procedure, an offer of judgment which was rejected by operation of law, entitling Defendants to costs incurred after August 10, 2018.

///

JUDGMENT ON JURY VERDICT

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment on all claims is entered in favor of Defendants City of Murrieta, Blake Williams and Kyle Mikowski and against Plaintiff Kirk Lopez;
2. Plaintiff Kirk Lopez shall take nothing by his Complaint;
3. Defendant City of Murrieta shall recover costs of suit in favor of Defendants and against Plaintiff Kirk Lopez including costs allowable under Rule 68 incurred after August 10, 2018.

Dated: April 30, 2019

Hon. Jesus G. Bernal
United States District Court Judge